UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| JESSE HOOKS<br><br>    Plaintiff,<br><br>  v.<br><br>LIFTED LIQUIDS, INC. D/B/A LIFTED LIQUIDS, URB CANNABIS, BARRY HOLLINGSWORTH, CHIEF FINANCIAL OFFICER; GERARD M. JACOBS, SECRETARY; NICHOLAS S. WARRENDER, CHIEF EXECUTIVE OFFICER; VANDO HOLD LTD, MC NUTRACEUTICALS, AND JOHN DOES 1-100,<br><br>    Defendants. | CASE NO.: 2:2024-CV-00209 |

## **DEFENDANT MC NUTRACEUTICALS PLLC'S JOINDER TO LIFTED LIQUIDS, INC., URB CANNABIS, BARRY HOLLINGSWORTH, GERARD M. JACOBS, AND NICHOLAS S. WARRENDER'S MOTION TO DISMISS**

    Defendants, MC Nutraceuticals, PLLC ("MC"), hereby joins certain arguments made in the brief in support of the motion to dismiss (Dkt. #15) filed by Defendants, Lifted Liquids, Inc. d/b/a Lifted Liquids, URB Cannabis, Barry Hollingsworth, Gerard M. Jacobs, and Nicholas S. Warrender (collectively, the "Lifted Defendants"), to the extent those arguments do not appear in MC's brief also seeking dismissal of Plaintiff's Complaint (Dkt. #10).

    Via this Joinder, MC adopts and joins the arguments in sections II (pp. 6-7), III (pp. 9-10) , VIII (pp. 15-19), and IX (p. 19) made by the Lifted Defendants.

Dated this 25th day of July, 2024.

                                                **MICHAEL BEST & FRIEDRICH LLP**

By:   *S/ Paul E. Benson*
        Paul E. Benson, Esq. #1001457
        pebenson@michaelbest.com
        790 North Water Street, Suite 2500
        Milwaukee, WI 53202
        Telephone: 414.271.6560

Attorney for Defendant MC Nutraceuticals PLLC