IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JESSE HOOKS,
    PLAINTIFF,

v.                                                    NO. 2:24-cv-00209

LIFTED LIQUIDS, INC. D/B/A LIFTED LIQUIDS, URB CANNABIS
BARRY HOLLINGSWORTH, CHIEF FINANCIAL OFFICER;
GERARD M. JACOBS, SECRETARY;
NICHOLAS S. WARRENDER, CHIEF EXECUTIVE OFFICER
VANDO HOLD LTD, MC NUTRACEUTICALS, and
JOHN DOES 1-100,
    DEFENDANTS.

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, by counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure (Fed. R. Civ. P. 41(a)(1)(i)), voluntarily dismisses the above action, **without prejudice**, against **Defendant MC NUTRACEUTICALS** and files this Notice of Dismissal with the Clerk of this Court before service by **Defendant MC NUTRACEUTICALS** on Plaintiff of either an answer or a motion for summary judgment.

Respectfully submitted this 23rd day of August 2024.

                                                         **SUTTER & GILLHAM, P.L.L.C**.
                                                         Luther Oneal Sutter, Esq., ARBN 95-031
                                                         Attorneys at Law
                                                         P.O. Box 2012
                                                         Benton, AR 72018
                                                         501/315-1910 Office
                                                         501/315-1916 Facsimile
                                                         *Attorneys for the Plaintiff*