# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Jesse Hooks, | Court File No. 2:24-CV-00209-PP |
| Plaintiff, | |
| vs. | **DEFENDANT LFTD PARTNERS INC.'S RULE 7.1 DISCLOSURE STATEMENT** |
| Lifted Made d/b/a Lifted Liquids; LFTD Partners, Inc.; URB Cannabis; and John Does 1-10, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L. R. 7.1, Defendant LFTD Partners Inc. hereby discloses that it has no parent corporation and no public company owns 10% or more of its stock.

Dated: March 20, 2024

**FOX ROTHSCHILD LLP**

By: */s/ Aaron Mills Scott*
    Aaron Mills Scott, ID No. 1121109
    Michael T. Burke, ID No. 1116925

33 South Sixth Street, Suite 3600
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100
ascott@foxrothschild.com
mtburke@foxrothschild.com

**ATTORNEYS FOR LIFTED LIQUIDS, INC. (INCORRECTLY NAMED AS LIFTED MADE D/B/A LIFTED LIQUIDS), LFTD PARTNERS INC., AND URB CANNABIS**